KATRINKA C. GREGER *v.* GERALD J. GREGER

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 596, is denied.

*William J. Eddy,* in support of the petition.

*Anthony P. Bergin,* in opposition.

Decided October 4, 1990

KATRINKA C. GREGER *v.* GERALD J. GREGER

The plaintiff's cross petition for certification for appeal from the Appellate Court, 22 Conn. App. 596, is denied.

*Anthony P. Bergin,* in support of the cross petition.

Decided October 4, 1990

PAINE WEBBER JACKSON AND CURTIS, INC. *v.* GEOFFREY J. WINTERS

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 640, is denied.

*John Haven Chapman,* in support of the petition.

*Jan A. Marcus,* in opposition.

Decided October 4, 1990

STATE OF CONNECTICUT *v.* JOHN SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 683, is granted, limited to the following issue:

"May the defendant belatedly raise the constitutionality of General Statutes § 53a-167b? Is the statute constitutional?"